George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

Rec # 7721
$ .01
11/29/10

November 23, 2010

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Terrance M Karian; BK #08-22685

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $0.01. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** the funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Rochester Credit Bureau          $0.01          Claims Register # 4

/s/_____
George M. Reiber, Trustee



RECEIVED
NOV 29 2010
BANKRUPTCY COURT
ROCHESTER, NY